437 A.2d 1020

Commonwealth, Appellant v. Edward Malley.

Commonwealth, Appellant v. Karen Malley a/k/a
Karen Petrosky.

Argued May 1, 1981. Morrison F. Lewis, Jr., Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellant; Jon C. Botula, for appellees.

Before POPOVICH, MONTGOMERY and HOFFMAN, JJ.

Order affirmed.

437 A.2d 1020

Commonwealth v. Regoli, Appellant.

Petition for Allowance of Appeal Denied Dec. 4, 1981.

Petition for Reconsideration Denied Jan. 29, 1982.

Submitted April 16, 1980. Robert Petrosky, for appellant; Frederick L. John, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.